PROB 35
(Rev. 5/01)

**Report and Order Terminating Probation/Supervised Release**
**Prior to Original Expiration Date**

# UNITED STATES DISTRICT COURT

FOR THE

DISTRICT OF NEBRASKA

UNITED STATES OF AMERICA

v.

Derek Brechbill

Crim. No.  4:18CR03048

On _____ March 12, 2018 _____ the above named was placed on supervised release for a period of

36 Months.  The supervised releasee has complied with the rules and regulations of supervised release and is no

longer in need of supervision.  It is accordingly recommended that the supervised releasee be discharged from supervision.

Respectfully submitted,

*Jacquelyn C. Fischer*

U.S. Probation and Pretrial Services Officer Assistant

## ORDER OF COURT

Pursuant to the above report, it is ordered that the probationer/supervised releasee be discharged from supervision

and that the proceedings in the case be terminated.

Dated this ___ 23rd ___ day of _____ July _____, 20 20 ___.

*Richard G. Kopf*

Richard G. Kopf
Senior U.S. District Judge